UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ALLISON FORREST,<br><br>            Plaintiff<br><br>v.<br><br>BRINKER INTERNATIONAL PAYROLL CO., LP d/b/a CHILLI'S GRILL & BAR,<br><br>            Defendant | Civil No. 06-73-P-C |

Gene Carter, Senior District Judge

**ORDER AFFIRMING AND ADOPTING
THE RECOMMENDED DECISION OF THE MAGISTRATE
JUDGE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

After full *de novo* review, the Recommended Decision (Docket Item No. 19) of

the Magistrate Judge is hereby **AFFIRMED** and **ADOPTED** and it is **ORDERED** that

Defendant's Motion for Summary Judgment be, and it is hereby, **GRANTED.**

                                          /s/ Gene Carter
                                          GENE CARTER
                                          Senior United States District Judge

Dated at Portland, Maine this 11th day of April, 2007.