UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ALLISON FORREST,<br><br>        Plaintiff<br><br>v.<br><br>BRINKER INTERNATIONAL PAYROLL CO., LP d/b/a CHILI'S GRILL & BAR,<br><br>        Defendant | Civil No. 06-73-P-C |

Gene Carter, Senior District Judge

### ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND DENYING THE RELIEF REQUESTED

Plaintiff has moved for the Court to Reconsider its Order affirming and adopting the Recommended Decision of the Magistrate Judge on Defendant's Motion for Summary Judgment. Docket Item No. 31. The Court will grant Plaintiff's Motion to Reconsider. After having reviewed Plaintiff's arguments, and upon reconsideration, the Court will deny the relief requested. Accordingly, the Court **ORDERS** that Plaintiff's Motion to Reconsider be, and it is hereby, **GRANTED** and Plaintiff's requests for relief be, and they are hereby, **DENIED**.

                                                  /s/ Gene Carter  
                                                  Gene Carter  
                                                  Senior United States District Judge

Dated at Portland, Maine this 23rd day of April, 2007.